

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KEVIN L. BOARDMAN,

       Plaintiff,

     v.

MICHAEL J. ASTRUE,
Commissioner, Social Security
Administration,

       Defendant.

Civil No. 04-1509-MA

ORDER ON REMAND

Based on the record and the Mandate of the U. S. Court of

Appeals for the Ninth Circuit, filed and entered September 17,

2008,

IT IS ORDERED that this action is REVERSED and REMANDED

to the Commissioner for payment of benefits.

IT IS SO ORDERED.

DATED this    23    day of September, 2008.

Malcolm F. Marsh
United States District Judge

1 - ORDER ON REMAND