FILED'08 SEP 25 10:20USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KEVIN L. BOARDMAN,

      Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner, Social Security
Administration,

      Defendant.

Civil No. 04-1509-MA

JUDGMENT

      Based on the record and the Order on Remand filed herewith,

      IT IS ORDERED that this action is dismissed.

      DATED this __23__ day of September, 2008.

_Malcolm F. Marsh_
Malcolm F. Marsh
United States District Judge

1 - JUDGMENT